LAW OFFICES
**Broening Oberg Woods & Wilson**
PROFESSIONAL CORPORATION
2800 NORTH CENTRAL AVENUE, SUITE 1600
PHOENIX, ARIZONA 85004-1047
TELEPHONE: (602) 271-7700

Alicyn M. Freeman, #023916
amf@bowwlaw.com
Kelley M. Jancaitis, #025555
kmj@bowwlaw.com
*Attorneys for Plaintiff Mutual of Enumclaw Insurance Company*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

Mutual of Enumclaw Insurance Company, a Washington corporation,

Plaintiff,

vs.

Perry Huellmantel and Virginia Huellmantel, husband and wife, Jodi Mackenzie and Keith Mackenzie, individually and on behalf of their minor child K.M.,

Defendants.

NO. 2:21-CV-01926-DLR

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff hereby dismisses this case in its entirety, without prejudice. No opposing party has served an answer or a motion for summary judgment and voluntary dismissal without a court order is permitted by Federal Rule of Civil Procedure 41(a)(1)(A)(i).

/ / /

/ / /

/ / /

/ / /

DATED this 18th day of January, 2022.

BROENING OBERG WOODS & WILSON, P.C.

By /s/ Alicyn M. Freeman

Alicyn M. Freeman
Kelley M. Jancaitis
2800 North Central Avenue
Suite 1600
Phoenix, Arizona 85004-1047
Telephone: (602) 271-7700
*Attorneys for Plaintiff Mutual of Enumclaw Insurance Company*